# DAVID·RAMUS·FINE·ART

April 10, 1993

Mr. Reed Galin
CBS News
4770 Biscayne Boulevard
Miami, Florida   33137

Dear Mr. Galin:

As you have requested, please let this letter serve as an outline of our business dealings to date.

> On November 21, 1988 you purchased from me the painting "le Picnique" by Gastow de la Touche for $80,000. With your consent I traded the Gastow de le Touche for a one-third interest in Andrew Wyeth's "Ice Storm".

I shall do my very best to sell the Wyeth for a profit and will keep you informed of my progress. Upon sale of the Wyeth, you shall receive one third of the proceeds.

I hope this answers your questions and makes clear our present involvement. It is unfortunate that the art market has fallen so drastically but I will do my best to conclude a sale.

Sincerely,

David S. Ramus

DSR:cj

DAVID S. RAMUS, LTD.
ONE BUCKHEAD PLAZA, SUITE 30 ▪ 3060 PEACHTREE ROAD ▪ ATLANTA, GEORGIA 30305 ▪ 404 266-0044 ▪ FAX 404 266-9652