

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Georgia*

---

Suite 1800 Richard Russell Building   Telephone (404)331-6954
75 Spring Street, S.W.
Atlanta, Georgia 30335

June 9, 1995

Reed Galin
CBS Network News
7800 Beverly Blvd.
Los Angeles, CA   90036

      Re:   <u>United States v. David S. Ramus</u>
           1:95-CR-199

Dear Mr. Galin:

    David S. Ramus was indicted on May 12, 1995, in Federal Court in Atlanta, Georgia, and charged with one count of devising a scheme to defraud owners of valuable artworks and to obtain money and property by means of false and fraudulent pretenses, and two counts of transporting in interstate commerce paintings taken by fraud.

    Our records indicate that you were, unfortunately, a victim in this case. As a victim of a federal crime you are entitled to certain rights. (The enclosed brochure will explain more about the services available to you through this office.) You have the right to:

    \*   Be informed about important case related court proceedings.
    \*   Confer with a government attorney.
    \*   Be informed about sentencing, imprisonment and release of an offender in cases which result in conviction.

    Your participation in the notification part of this program is voluntary. If you wish to receive information regarding important case related court proceedings, please check the appropriate box on the sheet labeled <u>REQUEST FOR NOTICE</u> and return it to us in the enclosed self-addressed envelope.

    If your participation in our efforts to prosecute this offender becomes necessary, a subpoena will be issued for you. You will be compensated for your time and travel expenses according to government regulations.

Reed Galin
June 9, 1995
Page 2

    If you have questions concerning this case, please contact Assistant U.S. Attorney David Nutter, or his secretary, Beth Manning at 331-3596.

                                    Sincerely,

                                    KENT B. ALEXANDER
                                  UNITED STATES ATTORNEY

                                  *[signature: Jan Jones]*

                                  JAN JONES
                                  VICTIM-WITNESS SPECIALIST

Enclosures

## Fraud charges at top of a list of complaints

**By R. Robin McDonald**
STAFF WRITER

Allegations that David Ramus engaged in free-wheeling business practices that bilked former clients out of millions of dollars go far beyond the charges made by the French art collector who has drawn the most attention in the case, according to state and federal court records.

A federal grand jury in Atlanta indicted Ramus in May, charging that he sold more than $1 million in paintings for clients that included former Paris Match photographer Jean-Pierre Guillaume and developer Thomas Cousins, but kept the proceeds.

The indictment represents only a fraction of the more than $4.5 million that Ramus still owes a string of creditors, which include prominent Atlanta investors and art collectors.

"It's the highest form of white-collar crime that I have ever witnessed," said Scott Probasco, a SunTrust Bank director and a member of a consortium that lent Ramus $1.5 million which the art dealer-author has never repaid. "He was a super salesman and a fairly shrewd operator. We swallowed his lies."

Ramus' creditors, some of whom have sued to recover money or retrieve art that Ramus owes them, include members of the High Museum of Art's governing board, securities broker Noel Wadsworth of Oppenheimer & Co. Inc., Coca-Cola heiress Elizabeth Davenport, Cousins, Guillaume and art galleries.

"Basically, he stole one of our paintings," said George Stern, a California art dealer. After Ramus acquired a canvas from Stern's gallery on credit, "He was supposed to wire $75,000," Stern said, "We never saw the money."

"We were stung and stung badly," Probasco said. Ramus, he said, "suckered some of the nicest people I know."

---

pect that underneath his charm Tom sees today's working gals as a little too stallionesque and in need of a bit of "gentling." But until Annie comprehends her true place in God's stable (hint: it's closer to the foaling pen than to the winner's circle), a reader could do worse than bliss out in Montana, where fax machines eat sage and the cowboys are courtly all day.

### The art world finds its Grisham



Fake Monets lead to true lust in David Ramus's art thriller.

With his lively suspense debut, *Thief of Light* (HarperCollins, $23), **David Ramus** may dispel the conventional publishing wisdom that art-world novels don't have pop appeal. The author volunteers the following biographical information on his advance publicity sheet: He lost $5 million when the art market crashed; he was once selected as *Cosmopolitan*'s "bachelor of the month" but has since married and fathered three children; he's a recovered heroin addict who now makes his home in Atlanta. The real confidence booster is the $1 million preemptive advance the publisher coughed up for Ramus's chase thriller about a slick, ponytailed art dealer who gets caught selling Monet forgeries to Japanese crime figures. In the course of saving his cute ass from being carved into sushi, the hero undergoes a harrowing episode of heroin withdrawal, winning the love and respect of his young and sympathetic gallery assistant. Those with a taste for behind-the-glamour perspectives and men whose erotic style is *mucho* as opposed to *macho* will find a lot of enjoyment in Ramus's postimpressionist page-turner.

178