

**U.S. Department of Justice**

*Federal Bureau of Prisons*

*Federal Correctional Institution*

---

September 24, 1996

565 East Renfroe Road
Talladega, AL 35160

Reed Gatlin
166 South Rossmore Avenue
Los Angeles, California  90004


RE:   Ramus, David
      Register Number:  45881-019


Dear Mr. Gatlin:

We have received your request to be notified regarding the release and/or release proceedings of the above-referenced inmate.  We fully recognize that the impact of crime is devastating to innocent victims, witnesses and their families.  Therefore, we will make every effort to be responsive, informative and sensitive to your request.  Your current address and telephone number have been provided to us by the U.S. Attorney's office in the district where the inmate was prosecuted.  If this information is incorrect or if there are future changes in your address or telephone number, please advise us in writing of those changes.  This information should be sent to the Bureau of Prisons' Victim/Witness Coordinator, Correctional Programs Branch, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534.

We will make every effort to ensure your request for notification remains confidential.  However, if this inmate learns through other means that you have made this request and threatens or attempts to intimidate you in any manner, please notify both the U.S. Attorney in the district where the inmate was prosecuted and the Bureau of Prisons' Victim/Witness Coordinator.

You may cancel your request for notification at any time by contacting either the Bureau of Prisons' Victim/Witness Coordinator or the U.S. Attorney from the prosecuting district.  Also, your request may be canceled if you do not respond within 60 calendar days to any subsequent inquiries pertaining to this notification.  Finally, a notification will ordinarily terminate when the inmate has completed service of the sentence for the crime which resulted in your request for notification.

David Ramus is currently scheduled for release on August 3, 1998, via Good Conduct Time Release. He is not eligible for parole. Please be assured that, unless otherwise requested, we will keep you apprised of all significant release related activities pertaining to this inmate during the period of incarceration. If at any time you have any questions or concerns regarding this program, please do not hesitate to contact the Bureau's Victim/Witness Coordinator at the following "Toll-Free" number: 1-800-359-3267.

Sincerely,

J.L. Sivley
Warden


cc:   FOI-Exempt, Section I, Inmate Central File

```
                                                    P.S. 1490.03
                                                    December 14, 1994
                                                    Attachment B, Page 1
```

| BP-S323.014 **VICTIM AND WITNESS NOTICE** CDFRM | |
|---|---|
| APR 94 | |
| **U.S. DEPARTMENT OF JUSTICE** | **FEDERAL BUREAU OF PRISONS** |

| TO: (Address and Telephone Number) | FROM: (Name, Institution, Address and Telephone Number) |
|---|---|
| REED GATLIN<br>166 SOUTH ROSSMORE AVENUE<br>LOS ANGELES, CALIFORNIA 90004 | J.L. SIVLEY, WARDEN<br>FEDERAL PRISON CAMP<br>565 E. RENFROE ROAD<br>TALLADEGA, ALABAMA  35160    (205) 315-4100 |

| Name of Inmate | Register Number |
|---|---|
| RAMUS, DAVID | 45881-019 |

1. ☐ Inmate (XX) (is not) eligible for parole:

   on: _____N/A_____

2. ☐ Inmate is eligible for release on parole at the discretion of the United States Parole Commission.

3. ☐ Inmate is on furlough

   from:_____to:_____

   (Destination City and State)

4. ☐ Inmate is being transferred to a community corrections center.
   The name of the center is _____
   located in (City and State) _____
   Following a stay at the community corrections center the inmate is scheduled for:
   (Type of Release)_____ on (Date) _____

5a. ☒ Inmate's release date
    **AUGUST 3, 1998**

5b. ☒ Inmate's Method of release
    **GOOD CONDUCT TIME RELEASE**

5c. ☐ Inmate's release is under no community supervision (including no probation).

5d. ☐ Inmate's destination city or sentencing district is:

    ATLANTA, GEORGIA

    [FOI EXEMPT stamp]

5e. ☐ Inmate's Supervising United States Probation Office is:
    JERRY T. WILLIFORD, CHIEF
    UNITED STATES PROBATION OFFICE
    NORTHERN DISTRICT OF GEORGIA

6. ☐ Inmate is deceased - Date of Death:

7. ☐ Inmate has escaped. Date and Time of Escape:

8. ☐ Inmate was apprehended from escape on:

   (Inmate's Designation)

9. ☒ Other:
   MR. RAMUS HAS BEEN RECEIVED AT OUR FACILITY FOR SERVICE OF HIS TERM OF CONFINEMENT.

10. ☐ Your request for notification of inmate's release is being forwarded to the United States Attorney. A request for inmate's release information by a victim or witness must be approved by the U.S. Attorney in the district of prosecution.

11. ☐ We have canceled your request to be notified of this inmate's release for the following reason:

| Title | Signature of Unit Manager | Date |
|---|---|---|
| RANDY STILES, CAMP UNIT MANAGER<br>Certified: P 486 244 777 | *Randy Stiles* | September 23, 1996 |

For questions, contact: (Name, Address, Telephone Number) (205) 315-4100

RANDY STILES, CAMP UNIT MANAGER   FEDERAL PRISON CAMP  565 EAST RENFROE ROAD, TALLADEGA, ALABAMA  35160

Record Copy - Victim/Witness; Copy - FOI - Exempt, Sec I; Copy - US ATTY OFF V/W Coordinator
This form may be replicated via WP)                              This form replaces BP-323(13) of JUN 89