From: Beaman, Elizabeth
Sent: Wednesday, May 13, 2015 9:29 AM
To: Moustakis, Caroline
Subject: FW: "Ice Storm" material

From: petroglyph@comcast.net [mailto:petroglyph@comcast.net]
Sent: Wednesday, May 13, 2015 3:02 AM
To: Beaman, Elizabeth
Subject: Re: "Ice Storm" material

Ms. Beaman,

I've just sent you three separate faxes, 8 pages each.

This material includes purchase agreements with Ramus and other correspondence with him, the U.S. Attorney's office, and the unsecured creditors committee, included because of your specific request in that regard.

There are voluminous documents related to this committee, and I will attempt to provide whatever facilitates an equitable resolution, though I really don't see this material as illuminating the current situation. It is primarily almost undecipherable briefs between various lawyers representing various creditors' interests, as there was a prolonged contest between the larger group of creditors who were unsecured, and a small group of Ramus investors who had originally brought complaints about him to the US Attorney. They were subsequently anointed with preferred status when it came time to dole out what resources were available from Ramus and, as it turned out, this was not insignificant. The criminal judge's order favoring the few, which directly contradicted all civil proceedings in this affair, was contested but not overturned- even though it was unprecedented in the experience of all the "experts" involved. Very complicated and rancorous situation, went on for years while Ramus, at this point, became just a bystander. And, in the end, the lawyers were the ones who made out most successfully, of course. In any event, with one minor exception- included in my fax- none of this committee-related material mentions "Ice Storm".

You asked about any restitution I received? Total I got back out of the bankruptcy proceedings: $359.80... even though Ramus wrote a novel about the art-world (and then a second book) while all this was going on and then while he was in prison, and raised 1.5 million dollars that could have been equitably divvied out. But... no. Nothing about this worked for the good of the aggrieved majority, and certainly not for me. It was a clear and personally painful example of something I often observed in my 28 years as a journalist... that victims are rarely victimized just once. Of course... (and please forgive me for editorializing at this point)... this sense of systemic injustice, on top of Ramus's personal and financial betrayal and how it changed my life... remains a powerful motivator in the current situation, no matter how many years since these wrongs occurred.

Please confirm receipt of the three faxes, thanks.

Regards,
Reed Galin

On May 12, 2015, at 6:22 PM, Beaman, Elizabeth wrote:

Perfect- thank you for sending this so quickly.

From: petroglyph@comcast.net [mailto:petroglyph@comcast.net]
Sent: Tuesday, May 12, 2015 6:54 PM
To: Beaman, Elizabeth
Subject: Re: Attachment

Got it, yes, thanks.
I will get a fax packet together and send later tonight.

As I am traveling tomorrow through Sunday, and may not be able to respond as quickly as otherwise to correspondence, I'll get this forwarded to you before I leave. I will be more readily available by phone than through internet while on the road, but I will periodically check email.
Thank You,
Reed Galin
615-414-9567
On May 12, 2015, at 5:48 PM, Beaman, Elizabeth wrote:


Dear Mr. Galin,
 Does this work? If not I can fax it to you. My fax number is 212-636-4924. Just alert me in advance of the fax so I can make sure to snag it!
 Best wishes,
 Liz
 Elizabeth Beaman
Head of Department
American Art
CHRISTIE'S
20 Rockefeller Plaza
New York, NY 10020
tel 212.636.2623
Mobile 917.597.4644
fax 212.636.4924
ebeaman@christies.com