UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REED GALIN,

    *Plaintiff*,

-against-

KUNITAKE HAMADA,

    *Defendant*.

ECF CASE

15-CV-6992 (JMF)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant Kunitake Hamada, by and through his counsel, Cahill Partners LLP, upon the accompanying Memorandum of Law, the accompanying Declaration of John R. Cahill and the exhibits thereto, and all prior proceedings heretofore had and all papers filed herein, will move this Court, at a date and time to be determined by the Court, for an order dismissing with prejudice the claims against her in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b).

Dated: New York, New York
       September 25, 2015

                              **CAHILL PARTNERS LLP**

                              By:    *s/ John R. Cahill*
                                       John R. Cahill
                                       Ronald W. Adelman
                                       Paul S. Cossu
                                       70 West 40th Street
                                       New York, NY 10018
                                       212-719-4400

                                       *Attorneys for Defendant*
                                       *Kunitake Hamada*