UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

REED GALIN,

       Plaintiff,                     15-CV-6992 (JMF)

  -against-

KUNITAKE HAMADA,             **DECLARATION**

       Defendant.

-------------------------------------------------------x

RICHARD A. ALTMAN declares as true under penalty of perjury, pursuant to 28 U.S.C. § 1746, that annexed hereto as Exhibit A is a true and complete copy of the complaint in this action, together with Exhibits A through H, as it was filed in this Court on September 4, 2015.

Dated: New York,, New York
       October 30, 2015

                                        _____
                                          RICHARD A. ALTMAN