UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REED GALIN,

       *Plaintiff*,

-against-

KUNITAKE HAMADA,

       *Defendant*.

ECF CASE

15-CV-6992 (JMF)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant Kunitake Hamada, by and through his counsel, Cahill Partners LLP, and upon the accompanying Memorandum of Law, the Declaration of Paul Cossu and the exhibits thereto, and Local Rule 56.1 Statement of Material Facts and the exhibits thereto, will move this Court, at a date and time to be determined by the Court, for an order granting Defendant summary judgment on all remaining causes of action asserted by Plaintiff, and for discovery sanctions pursuant to Fed. R. Civ. P. 26 & 37. Any opposition to this motion must be served on Defendant by January 17, 2017 and any reply papers in further support of this motion must be served on Plaintiff by January 27, 2017.

Dated: New York, New York
       2016-December-19

                                  **CAHILL PARTNERS LLP**

                            By:    *s/ John R. Cahill*
                                    John R. Cahill
                                    Paul S. Cossu
                                    70 West 40th Street
                                    New York, NY 10018
                                    212-719-4400

                                    *Attorneys for Defendant*
                                    *Kunitake Hamada*