# Exhibit C

# BILL OF SALE

DAVID RAMUS FINE ART
_____

(referred to as "Seller") does hereby convey, assign and set over to _____
Mr. Reed Galin _____ (referred to as "Buyer"), subject to no liens,
encumbrances or claims of any kind or nature, good and marketable title in and to:

ANDREW NEWELL WYETH  -  1/3 interest
American    1917-
Ice Storm
Drybrush on paper, 1971
28 3/4 x 22 7/8 inches, Signed

To have and to hold the same unto Buyer and Buyer's heirs, executors, administrators, and assigns forever.

Seller hereby warrants and represents to Buyer (1) that Seller has good and marketable title to the property conveyed herein, free and clear of any lien, judgement, security interest, or any other encumbrances; (2) that Seller has the full power and authority to sell and transfer same and to enter into this bill of sale with respect to such property; (3) that said property as described is authentic and genuine, that it is not a forgery, and that any provenance and any descriptive data supplied to Buyer, by Seller is genuine and true and correct. Seller further covenants and agrees with Buyer, that Seller will warrant and defend title to the above described property hereby conveyed to Buyer, and its successors and assigns, against all and every person, firm, corporation, association or other entity and will indemnify and hold Buyer and Buyer's successors harmless from and against any and all loss, cost, or expense (including without limitation attorney's fees and court costs) resulting from any claims of any person or entity arising out of or related to any breach of warranty set forth herein.

Seller certifies that Seller has owned the property conveyed by this instrument since ____May 25____, 19_89_.

IN WITNESS WHEREOF, Seller has set his hand and seal or has caused these presents to be signed by its proper officers and caused its corporate seal to be affixed hereto, this ___27___ day of _____June_____, 19_89_.

Seller _David S. Ramus, Ltd._

Signed, Sealed and Delivered in the presence of: _____

Witness

Exhibition:

"The Brandywine Heritage," The Brandywine River Museum, Chadds Ford, Pennsylvania, June-October 1971, No. 119

"Andrew Wyeth," National Museum of Modern Art, Tokyo, April-May 1974, No. 81, also

National Museum of Modern Art, Kyoto, May-June 1974

Literature:

THE BRANDYWINE HERITAGE. The Brandywine River Museum (Meriden CN: The Meriden Gravure Company, 1971), pp. 64, illustrated, 63.

ANDREW WYETH. The National Museum of Modern Art (Japan, 1974), illustrated.

Total Amount due: $106,333.33

Thank you,

David S. Ramus
President

DSR/csj