# Exhibit D

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------x

REED GALIN,

    Plaintiff,

    vs.                Case No.
                          1:15-CV-06992 (JMF)

KUNITAKE HAMADA,

    Defendant.

-----------------------------x

DEPOSITION OF REED GALIN

New York, New York

October 11, 2016

1:30 p.m.

Reported by:
Maureen Ratto, RPR, CCR
JOB NO. 46933

| 18 | 20 |
|---|---|
| GALIN | GALIN |
| 2 tell you, other than that, did she tell | 2     MR. ALTMAN: Objection to the |
| 3 you that -- anything that led you to | 3     form. |
| 4 believe that Coe Kerr Gallery had any | 4     A.  I believe -- |
| 5 reason to suspect that David Ramus had | 5     Q.  Didn't you just tell me |
| 6 done anything criminal prior to 1995? | 6 everyone who did business with David |
| 7     MR. ALTMAN: Objection to the | 7 Ramus knew he was a con man? |
| 8     form. | 8     A.  At the time -- |
| 9     A.  This was a pretty brief | 9     Q.  Didn't you just tell me you |
| 10 conversation. We were speaking mostly in | 10 did business with a con man and you |
| 11 generalities. | 11 didn't know he was a con man? |
| 12     Q.  Do you have any reason to | 12     A.  We are interrupting each |
| 13 believe that prior to the time you spoke | 13 other. |
| 14 to People Magazine about David Ramus that | 14     Q.  I get to ask the question and |
| 15 Coe Kerr Gallery had any reason to have a | 15 you answer them. That's the rule. |
| 16 different opinion of David Ramus than you | 16     A.  Within the frame that we were |
| 17 expressed to People Magazine? | 17 discussing before, it was in the 1990s, |
| 18     MR. ALTMAN: Objection to the | 18 early to mid '90s by then certainly |
| 19     form. | 19 everybody knew he was a con man, and I |
| 20     A.  I think that anybody who was | 20 believe other people knew before or |
| 21 doing business with David Ramus over time | 21 certainly suspected he was a con man. |
| 22 certainly understood that he was a con | 22     Q.  You didn't even think he was a |
| 23 man. | 23 con man after he was indicted, did you? |
| 24     Q.  Sorry? | 24     A.  I knew he was a con man before |
| 25     A.  That he was a con man. | 25 he went to prison. |

| 19 | 21 |
|---|---|
| GALIN | GALIN |
| 2     Q.  And what's your basis for | 2     Q.  At the time you gave this |
| 3 saying that? | 3 interview, at the time you spoke to |
| 4     A.  Well, he ended up in Talladega | 4 People Magazine, you said you didn't |
| 5 Federal Prison, for one thing. | 5 think he had done anything criminal? |
| 6     Q.  How would somebody who did | 6     A.  I said I didn't believe he had |
| 7 business with David Ramus in 1989 have | 7 done anything criminal. |
| 8 known he was a con man? | 8     Q.  And you didn't believe he had |
| 9     MR. ALTMAN: Objection to the | 9 ripped anybody off? |
| 10     form of the question. | 10     A.  I wasn't convinced he ripped |
| 11     A.  I couldn't speak to all of | 11 people off, because I didn't want to |
| 12 David's relationships and business | 12 be -- |
| 13 dealings. | 13     Q.  My question is what, if |
| 14     Q.  Did you do any business with | 14 anything, persuades you that other people |
| 15 David Ramus before you gave this | 15 who did business with him, who weren't |
| 16 interview to People Magazine? | 16 his best friend, believed he was a con |
| 17     MR. ALTMAN: Before the | 17 man prior to 1995? |
| 18     interview in 1995? | 18     MR. ALTMAN: Objection to the |
| 19     MR. CAHILL: Yes. | 19     form of the question. |
| 20     A.  Yes. | 20     A.  Other people weren't blinded |
| 21     Q.  And did you know that David | 21 by their long history of association and |
| 22 Ramus was a con man before? | 22 friendship with Mr. Ramus. |
| 23     A.  No. | 23     Q.  Okay. So what business did you |
| 24     Q.  So how was Coe Kerr supposed | 24 do with Mr. Ramus? |
| 25 to know that David Ramus was a con man? | 25     A.  We -- we were involved with |

## Page 26

GALIN

was at Christie's?
A. He bought the painting. I don't know if there were others.
Q. So nothing -- nothing at the time that she had -- when she was dealing with David Ramus caused her not to complete a transaction with David Ramus?
A. I wouldn't know that. There could have been other instances.
Q. Did she -- what, if anything, did she tell you about dealings of others with David Ramus?
A. She didn't tell me anything specific about dealings with others.
Q. She didn't give you names of anyone who did business with him?
A. I don't recall that she did.
Q. Did she give you any specifics of any business that anyone else did with David Ramus?
A. I don't recall that she did. She did indicate that Coe Kerr had -- had an association of some sort with David Ramus.

## Page 27

GALIN

Q. What sort of association?
A. That they had done business. That Adelson -- and I had heard David actually speak of Adelson, had -- had a relationship with Ramus.
Q. What kind of relationship did David tell you he had with Mr. Adelson?
A. My recollection is he sort of felt about him as if he were -- what is the word I'm looking for? -- that he was an almost a protegee of Mr. Adelson, that he respected his acumen and his knowledge in the art world.
Q. Did he ever say anything negative about Mr. Adelson?
A. Not to me.
Q. Did Mr. Ramus ever tell you that he had engaged in any transactions with Mr. Adelson that were unethical?
A. David wouldn't admit to such a thing.
Q. When did you first meet Mr. Ramus?
A. Well, somewhere around third

## Page 28

GALIN

grade.
Q. And what was your relationship with him?
A. We were classmates together.
Q. And for how long did you maintain a relationship with Mr. Adelson?
A. Until about the time that I found out for sure exactly what had happened in the Ice Storm case.
Q. Was the transaction with the Ice Storm the only business transaction you engaged in with Mr. Ramus?
A. There was one previous.
Q. What was that?
A. That was a painting that we bought and sold before Ice Storm.
Q. And what was that painting?
A. A Gaston La Touche painting called The Picnic.
Q. And when was that purchased?
A. I think it was maybe a year and a half before that, a year before. I'm not sure.
Q. And what was the nature of

## Page 29

GALIN

that transaction?
A. We invested in it together. Actually, I think I owned that painting myself and then sold it.
Q. How much did you pay for it?
A. 80-something-thousand maybe.
Q. And what role, if any, did David Ramus play in the transaction?
A. He found the painting and sold the painting with my approval.
Q. So when you said -- did you give him 80-some-odd-thousand dollars to purchase the painting for you?
A. Yes, I did.
Q. Did he --
A. It might have been in the '90s, somewhere around there.
Q. Did he ever give the painting to you?
A. I didn't take the painting, no.
Q. Did you say Mr. Ramus -- so did Mr. Ramus hold onto the painting for you?

GALIN

Q. For how long did he hold onto the painting?
A. I think it was about a year.
Q. And at that point did he sell the painting?
A. He called me up one day and said let's discuss the painting; what do you want to do with it? I may have found a buyer for it? What do you think? Because we had an express understanding on that deal, as we did with Ice Storm, that the painting would not be sold unless I specifically agreed in advance that that would happen.
Q. But you did leave the painting with Mr. Ramus?
A. Yes, I did.
Q. And what was Mr. Ramus' profession at that time?
A. He was an art dealer.
Q. Did you come to any agreement about selling that painting to Mr. Ramus?
A. I agreed to let him sell the painting.
Q. And did he?
A. Yes.
Q. And how much did he --
A. I think it was 110, 112,000.
Q. And you said that was about a year and a half?
A. I think so.
Q. So if you acquired it in 1987 would that have been sometime in late 1988 or early 1989?
A. I'm a little lose on the timing but probably, yes.
Q. Did Mr. Ramus pay you the proceeds of the sale of that painting?
A. Some of the money.
Q. What happened to the rest of the money?
A. We were already discussing my investing in another painting.
Q. And what discussions did you have with Mr. Ramus about -- so how much money did he pay you?
A. I don't recall. It might have been something approaching -- it was less than half.
Q. And what discussions did you have about what to do with the remainder of the money with Mr. Ramus at that time?
A. Well, I don't know that it was immediate, but at some point after that, not too long after that he reached the spectre of there being an Andrew Wyeth painting that he was excited about, that he wanted to discuss with me and did I want to maybe be involved in that.
Q. And what did you say?
A. I said wow, that's a name I know. Sounds like an impressive painting. I could certainly discuss that with you and I subsequently agreed that's what we would do.
Q. You say that -- what was the outline of your agreement with Mr. Ramus about that Wyeth painting?
A. We were going to own the painting together. I was going to invest in it and he was going to also include another investor.
Q. At that time did Mr. Ramus have any financial problems?
A. Yes.
Q. Were you aware of those financial problems?
A. No.
Q. Do you know of anyone who was aware of his financial problems at that time?
A. I wouldn't know.
Q. At that time did you acquire any ownership interest in the Wyeth painting?
A. Yes.
Q. And what -- what was the nature of your ownership interest?
A. A third of the painting.
Q. Did you leave the -- did you ever take possession of the Wyeth painting?
A. I did not.
Q. Did you leave it in Mr. Ramus' possession?

Page 82

```
         GALIN
1  that correct?
2  
3     A.  I don't have that in writing,
4  no.
5     Q.  And what makes you say that it
6  was fraudulent for Mr. Ramus to -- the
7  transfer was fraudulent because
8  Mr. Ramus, you say, didn't have your
9  authority?
10    A.  I think I just answered that.
11 To me that's fraud.
12    Q.  Is that a fraud by Coe Kerr?
13    A.  I don't know.
14    Q.  Do you have any indication --
15 do you know of anything that indicates
16 that Coe Kerr acted fraudulently in
17 connection with the transfer of the
18 painting?
19    A.  Well, we just discussed my
20 belief that all of this was not on the
21 up-and-up. I don't have anything
22 specifically myself to point out and say
23 this proves it at this moment.
24    Q.  Do you have any reason to
25 believe that the Coe Kerr Gallery acted
```

Page 83

```
         GALIN
1  criminally?
2     A.  Reason to believe? Not in a
3  comprehensive way.
4     Q.  Do you have any reason to
5  believe that Coe Kerr Gallery acted
6  criminally in anything other than in a
7  comprehensive way?
8     A.  We're going to go back to my
9  gut feeling.
10    Q.  Anything beyond that?
11    A.  Not specifically. I did
12 mention that half his transactions have
13 been known to be criminal. So it gives
14 rise to very bona fide concerns about the
15 other half.
16    Q.  What criminal action did
17 Mr. Ramus take with respect to you?
18    A.  He stole the painting.
19    Q.  He stole the painting?
20    A.  Yes. And the U.S. Justice
21 Department specifically identified me as
22 a victim of Mr. Ramus' crimes.
23    Q.  Do you know what, if anything,
24 did the Coe Kerr Gallery di to learn
25
```

Page 84

```
         GALIN
1  about the provenance of the painting?
2     A.  I don't, no.
3     Q.  How do you know that the Coe
4  Kerr Gallery had previously owned the
5  Wyeth painting?
6     A.  Christie's listed them in the
7  provenance.
8     Q.  So would you agree with me the
9  Coe Kerr Gallery at least knew that it
10 was in the provenance?
11    A.  I would assume so.
12    Q.  What else, if anything, do you
13 think the Coe Kerr Gallery should have
14 known about the provenance at the time it
15 acquired the painting from --
16    A.  I wouldn't know what else they
17 should know.
18      MR. ALTMAN:  Objection to
19   form.
20    Q.  What, if anything, do you know
21 about what the Coe Kerr Gallery did to
22 investigate the provenance of the
23 painting?
24    A.  I have no idea what they did
25
```

Page 85

```
         GALIN
1  to investigate or not investigate. I'd
2  like to find out.
3     Q.  Do you know of any -- do you
4  have any information to suggest that they
5  -- that the Coe Kerr Gallery failed to
6  investigate the provenance of the
7  painting?
8     A.  Nothing beyond what we've
9  discussed.
10    Q.  Did the transaction documents
11 that you've seen concerning the transfer
12 of the painting to the Coe Kerr Gallery
13 have any inaccurate information about the
14 provenance?
15    A.  Have any --
16    Q.  -- inaccurate information.
17    A.  The documents that I have
18 don't have any information about the
19 provenance.
20    Q.  Is there any information about
21 the provenance that you believe should
22 have given the Coe Kerr Gallery reason
23 for concern about the painting?
24    A.  About the provenance as listed
25
```

# Page 102

```
 1              GALIN
 2   mentioned the Coe Kerr Gallery to me
 3   directly.
 4      Q.   What discussions did you have
 5   with Harry Pettigrew about the painting
 6   or the Coe Kerr Gallery?
 7      A.   I don't recall that I ever
 8   discussed the painting with Mr. Pettigrew
 9   directly. Those conversations may have
10   been about the machinations of the
11   bankruptcy proceedings. I'm sure I never
12   discussed the Coe Kerr Gallery with
13   Mr. Pettigrew.
14      Q.   You identified 15 art
15   galleries and museums with whom you had
16   discussions about the painting. Do you
17   remember any specifics of any of those
18   discussions?
19      A.   The Brandywine River Museum, I
20   wrote them an e-mail inquiring about the
21   Ice Storm painting and how one might go
22   about finding where an Andrew Wyeth
23   painting resided.
24      Q.   Did they ever reply to that
25   e-mail?
```

# Page 103

```
 1              GALIN
 2      A.   Yes, they did.
 3      Q.   What did they say?
 4      A.   They misunderstood the nature
 5   of my question. They thought I was asking
 6   about how I might get a copy of the
 7   painting. So I called them back, and I do
 8   not remember who I spoke to, and I said
 9   no, that's not the nature of my
10   communication. What I'd like to know is
11   do you have some sort of registry about
12   the Wyeth painting, where you might know
13   where this one is. They said no, we don't
14   know where this one is.
15      Q.   Did you have any conversations
16   with the Chadds Ford Gallery?
17      A.   As I recall, I called them on
18   the phone and asked them similar
19   questions to what I described with
20   Brandywine.
21      Q.   When did you call them on the
22   phone?
23      A.   It was quite sometime ago.
24   Somewhere the same timeframe probably.
25   .I don't know, might have been 10 years.
```

# Page 104

```
 1              GALIN
 2      Q.   What conversations did you
 3   have with the Farnsworth Art Museum
 4   concerning the painting?
 5      A.   Similar. Over the phone with
 6   someone at the museum, a curator probably
 7   who I was referred to at the time. I
 8   didn't write it down.
 9      Q.   At what time -- during what
10   timeframe did you contact the Farnsworth
11   Art Museum?
12      A.   2005-ish.
13      Q.   When did you contact the
14   Adelson Galleries?
15      A.   I can maybe save you a little
16   time here; Adelson, Hollis Taggart,
17   Owings, all these New York galleries, I
18   would have walked into these galleries on
19   a visit to New York sometime between 2000
20   and 2005 and engaged someone in
21   conversation about David Ramus, mentioned
22   the painting and asked if anyone had ever
23   come across it or might have suggestions
24   of how someone might find such a work of
25   art.
```

# Page 105

```
 1              GALIN
 2      Q.   Who did you speak to at the
 3   Adelson Galleries?
 4      A.   I don't recall.
 5      Q.   Are the Adelson Galleries at
 6   all associated with the gentleman named
 7   Adelson who you referred to as having
 8   some connection to the Coe Kerr Gallery?
 9      A.   I would assume so, but I don't
10   know that.
11      Q.   Did you ever send any more
12   information to any of the people
13   identified in answer to your
14   interrogatory number 4 about the
15   painting, such as an image of the
16   painting and how to contact you if they
17   saw it?
18      A.   I know that I sent the
19   Brandywine Museum a picture of the
20   painting. I don't recall whether I did
21   that with anyone else. I don't think so.
22      Q.   Do you have a copy of what you
23   sent to the Brandywine Museum?
24      A.   I don't know.
25      Q.   Have you looked for it?
```

GALIN

A. I don't recall, but if you like I can look for it.

Q. I don't want to burden you if you looked for it.

What have you done to look for documents that concern the painting, in this case?

A. I've been through my old computer e-mails and such and through my hard copy files that I saved from that time.

Q. Did you ever call anyone from law enforcement about the -- to inquire about the painting?

A. I spoke to the FBI that was investigating David.

Q. Who at the FBI?

A. I don't recall but they don't discuss open cases, so nothing was revealed there. I spoke to people in the U.S. Attorneys' Office, as did other victims of his crimes.

Q. Are you aware of any art loss registries?

GALIN

A. I know that there is an art loss registry.

Q. When did you first learn about that?

A. Five years ago, maybe.

Q. Did you ever register --

A. Actually, it wasn't that long ago.

Q. Did you ever register this painting with any art loss registry?

A. No, I didn't.

Q. Why not?

A. Never occurred to me.

Q. Did you ever post any information about this painting on the internet?

A. Post information on the internet? No.

Q. Why not?

A. Well, it didn't occur to me either. I'm not sure where or how one does that. Sounds like an invitation for a lot of contact that really isn't very positive.

GALIN

Q. If you go to page 3 and interrogatory 8, interrogatory asks you to identify all persons known to be employed by the Coe Kerr Gallery in 1989. You identified David Ramus and others not known.

Was David Ramus employed by the Coe Kerr Gallery?

A. Not as far as I know. That would be a mistake.

Q. Do you know of anyone who was employed by the Coe Kerr Gallery?

A. Well, I believe Mr. Adelson was. I don't know if you call him employed since he was an owner.

Q. How do you know he was an owner?

A. My lawyer informed me.

Q. Do you have any other basis for that?

A. I think subsequent to that I went to the internet and pulled up something that indicated Mr. Adelson had co-founded the Coe Kerr Gallery.

GALIN

Q. When was that information -- when did you go on the internet?

A. Within the last few months.

Q. And what were you looking at that said Mr. Adelson --

A. I don't remember.

Q. -- had founded it?

Why didn't you do that in 1996 when you learned or the 1990s when you learned that the Coe Kerr Gallery had been involved?

A. I couldn't do a Google search in 1990-whatever.

Q. Why didn't you do it when you first became able to do a Google search?

A. I didn't know Mr. Adelson was involved.

Q. You knew that the Coe Kerr Gallery was involved?

A. I did look up the Coe Kerr Gallery. It revealed nothing of interest.

Q. Referring you back to Plaintiff's Exhibit 2, page 9, paragraph 59 it says, "On information and belief