# Exhibit E

# DAVID·RAMUS·FINE·ART

NEW YORK        ATLANTA

June 27, 1989

Mr. Reed Galin
2828 Sacramento Street
San Francisco, CA  94115

**SETTLEMENT STATEMENT**

Settlement for the sale of:

**GASTON DE LATOUCHE**
(French 1854-1913)

**Le Pique-nique**
Oil on panel, 1893
23 x 29 1/2 inches
Signed & dated lower left

| | |
|---|---|
| Sale Price: | $115,000.00 |
| Cost: | -80,000.00 |
| Profit: | $ 35,000.00 |
| 1/2 profit: | $ 17,500.00 |
| Total due RG: | $ 97,500.00* |

XIXTH AND XXTH CENTURY　　　3685 PEACHTREE ROAD, NORTHEAST, #20　　　BY APPOINTMENT 404 266-0044
WORKS OF ART AND APPRAISALS　　ATLANTA, GEORGIA 30319　　　　　　　　　FAX 404 266-9652  NY 212 980-0015

Galin Settlement Statement
Page 2.

*This amount to be applied to your purchase of a one-third interest in the following:

**ANDREW WYETH**
(American 1917-)

**Ice Storm**
Drybrush on paper, 1971
28 3/4 x 22 7/8 inches
Signed, upper right

Total Cost:   $319,000.00

1/3 interest:   $106,333.33
(DSR LTD. invoice enclosed)

```
 $106,333.33
  -97,500.00
 ----------
 $  8,833.33
```
[This amount shall be deducted from your share of the net profits when the Andrew Wyeth is sold.]


Respectfully submitted,

*[signature]*

David S. Ramus
President

DSR/csj
Enclosure