# Exhibit F



No. 4243

November 20, 1989

**COE KERR GALLERY INC. 49 EAST 82ND STREET, NEW YORK CITY 10028 TELEPHONE (212) 628-1340**

SOLD TO: David Ramus Fine Art

3685 Peachtree Road, N.E., #20, Atlanta, Georgia 30319

FRANK W. BENSON
<u>Children in the Woods</u>
Oil on canvas
40 x 40½ inches

Price: $ 450,000.00

PLUS

ANDREW WYETH,
Ice Storm
Drybrush
29 x 21 inches

Payable: $100,000-1/7/90, $100,000-2/7/90, $100,000-3/7/90, $100,000-4/7/90, $50,000-5/7/90, Plus <u>Ice Storm</u>, by Andrew Wyeth.

Title to this work passes to owner upon payment in full to the Coe Kerr Gallery, Inc.

CHECK ONE:

# CKG

COE KERR GALLERY INC. 49 EAST 82ND STREET, NEW YORK CITY 10028 TELEPHONE (212) 628-1340

N° 4243

November 20, 1989

SOLD TO    David Ramus Fine Art

3685 Peachtree Road, N.E., #20, Atlanta, Georgia 30319

FRANK W. BENSON
Children in the Woods
Oil on canvas
40 x 40½ inches

Price:    $ 450,000.00

PLUS

ANDREW WYETH,
Ice Storm
Drybrush
29 x 21 inches

Payable: $100,000-1/7/90, $100,000-2/7/90, $100,000-3/7/90, $100,000-4/7/90, $50,000-5/7/90, Plus Ice Storm, by Andrew Wyeth.

wired 3.7.90
wired 3.7.90

+ 1400 interest

Title to this work passes to owner upon payment in full to the Coe Kerr Gallery, Inc.

INSTRUCTIONS
...Trust Company Bank...
an authorized signer on the...
hold on funds and advise c...
...ster immediately and pd give...
...of this form in a Wire T...
original (yellow) to the branch where th...
attached to the new account sheet.
...described...
...wires are subject to a 3:00 p.m. deadlin...



No 4243

November 20, 1989

COE KERR GALLERY INC. 49 EAST 82ND STREET, NEW YORK CITY 10028 TELEPHONE (212) 628-1340

SOLD TO  David Ramus Fine Art
3685 Peachtree Road, N.E., #20, Atlanta, Georgia 30319

FRANK W. BENSON
Children in the Woods
Oil on canvas
40 x 40½ inches

Price:  $ 450,000.00

PLUS

ANDREW WYETH,
Ice Storm
Drybrush
29 x 21 inches

Payable: $100,000-1/7/90, $100,000-2/7/90, $100,000-3/7/90, $100,000-4/7/90, $50,000-5/7/90, Plus Ice Storm, by Andrew Wyeth.

Title to this work passes to owner upon payment in full to the Coe Kerr Gallery, Inc.

# WIRE TRANSFER CUSTOMER AUTHORIZATION

## INSTRUCTIONS
1. Customer must be a Trust Company Bank depositor.
2. Customer must be an authorized signer on the account to authorize the transfer.
3. Place an audio hold on funds and advise customer of the fee.
4. Call Wire Transfer immediately and give the wiring instructions.
5. File the copy (yellow) of this form in a Wire Transfer file at the branch where the wire is requested.
6. Send the original (white) to the branch where the account is assigned. It should be attached to the new account sheet.
7. All wires are subject to a 3:00 p.m. deadline.

DATE: 3/7/90
TIME: 12:25
SEQUENCE NUMBER:

CHECK ONE:
☐ Wire Transfer Department should debit wire (plus fee on personal account) to account shown above.
OR
☐ Collect cash or check (collect wire amount and fee. See BOP 200-2 for instructions, if you have to accept payment this way).

## PROVIDE THE FOLLOWING INFORMATION TO THE WIRE TRANSFER OPERATOR:
- Your name and the branch you are representing, and the time of hold
- Personal Identification Number (PIN #)
- Repetitive Code (if applicable) _____.
- The account number which is to be charged for the wire transfer
- The amount of the outgoing wire transfer
- The receiving bank's name, city/state, or TCB account to be credited
- The account number and name of the beneficiary
- Any additional information pertaining to the wire transfer

ACCOUNT TITLE: David S Ramus Ltd
ACCOUNT NUMBER: 8850744859
AMOUNT: $ 201,400
FOR TRANSFER TO: (BANK, CITY, STATE) Chemical Bank 1411 Broadway New York, NY 10018 (Rt. # 1-12- ABA 021-000-128)
FOR ACCOUNT OF: (FULL NAME OF ACCOUNT) Coe Kerr Gallery, Inc. 010-004998
OTHER INSTRUCTIONS:

CUSTOMER AUTHORIZATION: (SIGNATURE OF PERSON AUTHORIZED TO WITHDRAW)
CUSTOMER TELEPHONE NUMBER: 266-0044
TITLE (IF COMMERCIAL ACCOUNT):

## THIS SECTION MUST BE COMPLETED BY BRANCH CALLING WIRE TRANSFER DEPARTMENT
BRANCH: Buckhead
PREPARER: K Power
APPROVED BY: (SIGNATURE—MUST BE AUTHORIZED TO APPROVE THE AMOUNT)
DATE OF HOLD:
TIME OF HOLD:
TIME CALLED TO WIRE TRANSFER DEPARTMENT
TIME: NAME:
TIME WIRE TRANSFER DEPARTMENT CALLED BACK TO CONFIRM AMOUNT AND INSTRUCTIONS (IF APPLICABLE)

MONEY TRANSFER CUSTOMER ADVICE        PAGE    1

TRUST COMPANY BANK
WIRE TRANSFER DEPARTMENT-9TH FLOOR
250 PIEDMONT AVENUE
ATLANTA, GEORGIA 30302

STATEMENT DATE 05/09/90

DAVID S RAMUS LTD
8 PIEDMONT CENTER SUITE 602
ATLANTA GA 30305

IF THERE ARE ANY QUESTIONS
REGARDING THIS STATEMENT-

CONTACT-INVESTIGATIONS
DOMESTIC        (404) 588-7076
INTERNATIONAL   (404) 588-7694

TRANSACTION DATE 05/09/90    ACCOUNT 8800744859    REFERENCE NUMBER    AMOUNT TRANSFERRED

WE DEBIT YOUR ACCOUNT                                 900509000789      $100,000.00
CHEMICAL NYC        /CTR/BBK=1411 BROADWAY NYC NY/FW=021000128/PHN BNF=COE KERR
    GALLERY INC./AC=010-004998 BBI=SEQ=900509000789

                                   TOTAL DEBITS     1        $100,000.00
                                   TOTAL CREDITS    0              $0.00

MONEY TRANSFER CUSTOMER ADVICE                          PAGE    1

TRUST COMPANY BANK
WIRE TRANSFER DEPARTMENT-9TH FLOOR
250 PIEDMONT AVENUE
ATLANTA, GEORGIA 30302

                                          STATEMENT DATE 04/03/90

    DAVID S RAMUS LTD                     IF THERE ARE ANY QUESTIONS
    3685 PEACHTREE RD APT 20              REGARDING THIS STATEMENT-
    ATLANTA GA 30319
                                          CONTACT-INVESTIGATIONS
                                          DOMESTIC       (404) 588-7076
                                          INTERNATIONAL  (404) 588-7694


TRANSACTION DATE 04/03/90   ACCOUNT 8840125846   REFERENCE              AMOUNT
                                                 NUMBER              TRANSFERRED

WE DEBIT YOUR ACCOUNT                            900403000509         $50,000.00
CHEMICAL NYC        /CTR/BBK=/FW-021000128/PHN BNF=COE CARR GALLERY INC   /AC-0
10-004998 BBI=SEQ-900403000509

WIRE HANDLING SERVICE CHARGE                     900403000509             $12.00

                                  TOTAL DEBITS   2                    $50,012.00
                                  TOTAL CREDITS  0                         $0.00

**DAVID S. RAMUS LTD.**
PHONE 404-244-0066
EIGHT PIEDMONT CENTER   SUITE 602
ATLANTA, GA 30305

No. 5095
64-10/610
Date: 11.5 19 90

PAY TO THE ORDER OF: Coe Kerr Galleries — $ 10,000.00

Ten thousand — DOLLARS

**Trust Company Bank**
P.O. Box 4418
Atlanta, Georgia 30302

FOR: on acct

⑆005095⑆ ⑆061000104⑆ 8800744859⑆   ⑆0001000000⑆

---

Endorsement: For deposit only — Coe Kerr Galleries