Exhibit G

# DAVID·RAMUS·FINE·ART

NEW YORK      ATLANTA

ACQUISITION
(November 20, 1989)

FRANK WESTON BENSON, **Children in the Woods**

    $450,000.00  cash payment to Coe Kerr Gallery*
    338,395.93  ANDREW WYETH, **Ice Storm**, in trade
    30,986.22  additional charges to BENSON (see attached invoices)
    ----------
    $819,382.15  Total Cost

*$90,000 remains due to Coe Kerr Gallery as of Feb. 1, 1991


SALE
(November 1, 1990)

To Ron Hall Galleries, Dallas, Texas

    $300,000.00  Cash wired into DSR Ltd. TCMM account
    + Painting valuing a minimum of $100,000 at cost- this amount still remains in Acct's Receivable.

BY APPOINTMENT
NEW YORK 212 980-0015  FAX 212 838-5847
ATLANTA 404 266-0044  FAX 404 266-9652

502 PARK AVENUE, #12B
NEW YORK, NEW YORK 10022

EIGHT PIEDMONT CENTER, SUITE 602
ATLANTA, GEORGIA 30305

DAVID S. RAMUS, LTD. D/B/A
# DAVID・RAMUS・FINE・ART

# INVOICE

November 1, 1990

Mr. Ron Hall
Ron Hall Galleries
The Crescent
2200 Cedar Springs, Suite 175
Dallas, TX 75201

*[Handwritten note:]* As of 3.13.92, DSR accepts the H. Matisse drawing in lieu of final pmt of $5,000 due fm Ron Hall. Pl. see invoice to N. Wadsworth for matisse

Invoice for the purchase of:

**FRANK WESTON BENSON**
American    1862-1951

**Children in the Woods**
Oil on canvas, 1898
40 x 40 1/2 inches
Signed at lower left: "Frank W

**Provenance:**
The Artist, Boston, to
Smith College, Northampton, Massachusetts, 1905
Private collection, Pittsburgh, 1942
Schwietzer Gallery, New York
Hunter Museum of Art, Chattanooga, 1971
Terry De Lapp Gallery, Los Angeles, ca.1978
Coe-Kerr Gallery, New York
Private collection, Los Angeles

**Exhibition:**
"Sixty-eighth Annual Exhibition," Pennsylvania Academy of the Fine Arts, Philadelphia, January 16-February 25, 1899, No. 38, p. 12.
"Sixth Annual Exhibition of American Art in the Art Museum," Cincinnati Art Museum, May 20-July 10, 1899, No. 11, p. 5; illustrated (n.p.).
"The Ten American Painters" (Second Exhibition), Durand-Ruel Gallery, New York, 1899
"Sixteenth Annual Exhibition," St. Louis Exhibition and Music Hall Association, 1899

(continued)

Terms: Payable upon receipt of this invoice unless otherwise specified.

Title of the above listed work(s) of art shall remain the property of David Ramus Fine Art until payment has been received in full.

EIGHT PIEDMONT CENTER, SUITE 602, ATLANTA, GEORGIA 30305
404 266-0044  FAX 404 266-9652

"Paintings by Frank W. Benson," St. Botolph Club, Boston, 1900
"Fine Arts Exhibit, United States Commission," Exposition Universelle, Paris, 1900
"Exhibition of a Loan Collection of Fair Children," Copley Society, Boston, 1901
"Frank W. Benson, The Impressionist Years," Spanierman Gallery, New York, May 11-June 11, 1988, No. 1, p. 19, 35, 40-1, 43, 48-9, illustrated.

Literature:
Faith Andrews Bedford. "Frank W. Benson: A Biography," Frank W. Benson: A Retrospective. New York: Berry-Hill Galleries, Inc., 1989, p. 47-9, illustrated; 58
Sheila Dugan. "Frank W. Benson," Ten American Painters. New York: Spanierman Gallery, 1990, pp. 83-4, illustrated.
William H. Gerdts. "The Ten: A Critical Chronology," Ten American Painters. New York: Spanierman Gallery, 1990, p. 17.

---------------------------------------------------------

Total amount due:   $300,000 to be wired to DSR, Ltd.
                            acct. listed below; plus

                            a suitable painting worth, at cost,
                            $100,000 minimum.

Respectfully submitted,


David S. Ramus
President

Page 3.

**Wiring Instructions:**

Bank name:      Trust Company Bank
Bank address:   3020 Peachtree Road, Atlanta, GA 30305
Bank Routing #: 061 000 104
Acct. name:     David S. Ramus, Ltd
Acct. number:   8840125846

## INVOICE

October 23, 1990

Mr. Ron Hall
Ron Hall Galleries
The Crescent
2200 Cedar Springs, Suite 175
Dallas, TX  75201

Invoice for the purchase of:

**FRANK WESTON BENSON**
American    1862-1951

**Children in the Woods**
Oil on canvas, 1898
40 x 40 1/2 inches
Signed at lower left: "Frank W Benson"

**Provenance:**
The Artist, Boston, to
Smith College, Northampton, Massachusetts, 1905
Private collection, Pittsburgh, 1942
Schwietzer Gallery, New York
Hunter Museum of Art, Chattanooga, 1971
Terry De Lapp Gallery, Los Angeles, ca.1978
Coe-Kerr Gallery, New York
Private collection, Los Angeles

**Exhibition:**
"Sixty-eighth Annual Exhibition," Pennsylvania Academy of the Fine Arts, Philadelphia, January 16-February 25, 1899, No. 38, p. 12.
"Sixth Annual Exhibition of American Art in the Art Museum," Cincinnati Art Museum, May 20-July 10, 1899, No. 11, p. 5; illustrated (n.p.).
"The Ten American Painters" (Second Exhibition), Durand-Ruel Gallery, New York, 1899
"Sixteenth Annual Exhibition," St. Louis Exhibition and Music Hall Association, 1899

(continued)

Terms: Payable upon receipt of this invoice unless otherwise specified.

Title of the above listed work(s) of art shall remain the property of David Ramus Fine Art until payment has been received in full.

"Paintings by Frank W. Benson," St. Botolph Club, Boston, 1900
"Fine Arts Exhibit, United States Commission," Exposition Universelle, Paris, 1900
"Exhibition of a Loan Collection of Fair Children," Copley Society, Boston, 1901
"Frank W. Benson, The Impressionist Years," Spanierman Gallery, New York, May 11-June 11, 1988, No. 1, p. 19, 35, 40-1, 43, 48-9, illustrated.
**Literature:**
Faith Andrews Bedford. "Frank W. Benson: A Biography," Frank W. Benson: A Retrospective. New York: Berry-Hill Galleries, Inc., 1989, p. 47-9, illustrated; 58
Sheila Dugan. "Frank W. Benson," Ten American Painters. New York: Spanierman Gallery, 1990, pp. 83-4, illustrated.
William H. Gerdts. "The Ten: A Critical Chronology," Ten American Painters. New York: Spanierman Gallery, 1990, p. 17.

----------------------------------------------------------

David S. Ramus, Ltd. is to be wired $300,000. no later than November 2, 1990 (wiring instructions enclosed); plus the following painting::

    \*Charles W. Hawthorne
    **By The Sea**
    Oil on canvas
    50 1/2" x 36"
    Signed Lower Left: C.W. Hawthorne

In addition, David S. Ramus, Ltd. will pay to Ron Hall Galleries, in sixty (60) days, either $50,000. or a suitable painting from our inventory.

Respectfully submitted,

David S. Ramus
President

(continued)

*It is understood that this transaction is based upon the Hawthorne's condition and is subject to an inspection of the Hawthorne by David S. Ramus, Ltd.

Wiring Instructions:

Bank name:        Trust Company Bank
Bank address:     3020 Peachtree Road, Atlanta, GA 30305
Bank Routing #:   061 000 104
Acct. name:       David S. Ramus, Ltd
Acct. number:     8840125846

MONEY TRANSFER CUSTOMER ADVICE                PAGE   1

TRUST COMPANY BANK
WIRE TRANSFER DEPARTMENT-9TH FLOOR
250 PIEDMONT AVENUE
ATLANTA, GEORGIA 30302

                                      STATEMENT DATE 11/02/90

    DAVID S RAMUS LTD                 IF THERE ARE ANY QUESTIONS
    SUITE 602                         REGARDING THIS STATEMENT-
    EIGHT PIEDMONT CENTER
    ATLANTA GA 30305                  CONTACT-INVESTIGATIONS
                                      DOMESTIC      (404) 588-7076
                                      INTERNATIONAL (404) 588-7694

TRANSACTION DATE 11/02/90  ACCOUNT 8840125846   REFERENCE              AMOUNT
                                                NUMBER             TRANSFERRED

WE CREDIT YOUR ACCOUNT                          901102001839       $300,000.00
111007073   REUNION DALLAS    /ORG=HALL GALLERIES    TRUST ATL        /CTR/BN
F=DAVID S. RAMUS LTD./AC-8840125846

WIRE HANDLING SERVICE CHARGE                    901102001839            $12.00

                              TOTAL DEBITS    1                         $12.00
                              TOTAL CREDITS   1                    $300,000.00

# DAVID·RAMUS·FINE·ART

NEW YORK        ATLANTA

February 17, 1992

Mr. Ron Hall
Ron Hall Galleries
The Crescent
2200 Cedar Springs
Suite 175
Dallas, TX 75201

**STATEMENT FOR ACCOUNT**

Balance due on invoice dated 11/1/90 for the purchase of:

Frank W. Benson
"Children in the Woods"
Oil on canvas, 1898

$85,000.00

Respectfully submitted,

*[signature]*

Charlene James
Director

CSJ/msf

*Faxed 2/17/92*

BY APPOINTMENT
NEW YORK 212 980-0015   FAX 212 838-5847
ATLANTA 404 266-0044   FAX 404 266-9652

502 PARK AVENUE, #12B
NEW YORK, NEW YORK 10022

EIGHT PIEDMONT CENTER, SUITE 515
ATLANTA, GEORGIA 30305