# Exhibit I

# DAVID·RAMUS·FINE·ART

October 17, 1993

Mr. Reed Galin
CBS News
4770 Biscayne Boulevard
Miami, Florida 33137

Dear Mr. Galin:

I am sorry I've been so hard to reach. As I have told you over the phone, David S. Ramus, Ltd., is for all intents and purposes, bankrupt.

Currently, I have no way to paying you for your share of the Wyeth, although I am continuing to attempt to pull together the means to get back on my feet. Please bear with me.

Sincerely,

David S. Ramus

DSR:cj

DAVID S. RAMUS, LTD.
ONE BUCKHEAD PLAZA, SUITE 30 ▪ 3060 PEACHTREE ROAD ▪ ATLANTA, GEORGIA 30305 ▪ 404 266-0044 ▪ FAX 404 266-9652