# Exhibit J



# U.S. Department of Justice

United States Attorney
Northern District of Georgia

Suite 1800 Richard Russell Building   Telephone (404)331-6954
75 Spring Street, S.W.                Fax (404)331-2803
Atlanta, Georgia 30335

Mr. Reed Galin
% CBS News
Los Angeles
via FAX

Mr. Galin:

This letter is to answer and confirm your inquiry as to the fraud conviction of David S. Ramus, who was indeed convicted on the fraud charges as you will see in the copy of the enclosed news release that we make public.

I do understand that you have a personal and financial involvement in this case aside from a news-related interest. I have enclosed at your request, copies of news articles that have appeared in relation to the case and may give you more insight as to other victims who were called to come to Atlanta to testify. Of course, the United States Attorneys Office cannot verify the accuracy of outside news reports, but again can confirm the conviction, in the Ramus case.

Thank you for your interest. If there are any other matters with which you need assistance, we will be happy to assist you.

Sincerely,

Patrick Crosby
Public Affairs Officer
United States Attorneys Office, Northern District of Georgia



**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 1800 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                           Fax (404)581-6181*
*Atlanta, Georgia 30335*

July 23, 1996

Reed Galin
CBS Network News
7800 Beverly Blvd.
Los Angeles, CA  90036

       Re: <u>United States v. David S. Ramus</u>
           1:95-CR-199

Dear Mr. Galin:

    As you may already be aware, David S. Ramus was sentenced on February 23, 1996. He was committed to the custody of the United States Bureau of Prisons for a term of 30 months. Upon release from prison he will be on supervised release for three years.

    Restitution that was ordered by the court is being appealed by the Trustees in U.S. Bankruptcy Court.

    You are entitled to certain information regarding this defendant while he is in federal custody. This information includes notice of furloughs, final release, as well as any escape. If you wish to receive notification, please complete (either printed or typed) one copy of the enclosed form and return it to this office in the pre-addressed postage paid envelope. You may keep the other copy for your records. If you participate in this program, you should notify the Bureau of Prisons, 320 1st Street, N.W., Room 531, Washington, D.C. 20534 directly if you change your address and/or telephone number.

If you have questions or would like additional information, please feel free to contact Assistant U.S. Attorney David Nutter, at (404)581-6052.

Sincerely,

KENT B. ALEXANDER
UNITED STATES ATTORNEY

JAN JONES
VICTIM-WITNESS SPECIALIST

Enclosures



**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

Suite 1800 Richard Russell Building   Telephone (404)581-6000
75 Spring Street, S.W.                Fax (404)581-6181
Atlanta, Georgia 30335

July 15, 1996

Mr. Anthony Merole, Chief
Office of Victim Assistance
Federal Bureau of Prisons - Room 531
320 1st Street, N.W.
Washington, D.C. 20534

      Re:   United States v. David S. Ramus
              U.S. Marshal's No. - 45881-019
              Date of Sentencing: 2-23-96
              Docket No. 1:95-CR-199
              Date of Birth: 4-18-55
              Defendant-SSN - ███████

Dear Sir:

    Inasmuch as the above case was prosecuted in the Northern District of Georgia, I hereby request to be notified of the release proceedings, release or escape from prison of the above named defendant, as required by the Federal Victim and Witness Protection Act of 1982.

    I will advise your office if I change my address or telephone number.

Signature _____   Date _____

_____
Name (Please Print all information)

_____
Street

_____
City        State        Zip Code

_____
Telephone # - Home              Telephone # - Work