# Exhibit K

# BURTON & ANDERSON
## ATTORNEYS AT LAW

ONE GEORGIA CENTER, SUITE 1460

600 W. PEACHTREE STREET, N.W.

ATLANTA, GEORGIA 30308-3603

JOSEPH J. BURTON, JR.

TELEPHONE (404) 892-4144
FACSIMILE NO. (404) 892-0390

November 4, 1994

Mr. Reed Galin
CBS Network News
7800 Beverly Boulevard
Room 23
Los Angeles, California 90036

Re: *David Ramus/David Ramus, Ltd.*

Dear Mr. Galin:

Enclosed please find the first distribution payment on the obligations owed by David Ramus or David Ramus, Ltd. to your company. This is the first of hopefully several installments that will be sent to you to pay off Mr. Ramus' obligations or the obligations of his company to you. Further information and distributions will follow. This is not to be construed as a waiver of your claim for future sums or as an accord and satisfaction of any obligations.

Sincerely,

Joseph J. Burton, Jr.

JJBjr/djw
Enclosure
cc: Mr. David S. Ramus

$359.80