# Exhibit L

# MACEY, WILENSKY, COHEN, WITTNER & KESSLER

ATTORNEYS AT LAW
SUITE 600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GEORGIA 30303-1229
PHONE: (404) 584-1200
FAX: (404) 681-4355

December 12, 1995

Leon L. Jones, Esquire
Burton & Anderson
1460 One Georgia Center
600 West Peachtree Street, N.W.
Atlanta, Georgia 30308-3603

    Re:   David S. Ramus

Dear Leon:

If you are unable to obtain from Ramus the name of the person who presently owns the painting, "The Ice Storm," I intend to subpoena Ramus and take his deposition to find out.

Sincerely,

Morris W. Macey

nds
BCopy:   Mr. Reed Galin

## MACEY, WILENSKY, COHEN, WITTNER & KESSLER
ATTORNEYS AT LAW
SUITE 600 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GEORGIA 30303-1229

MORRIS W. MACEY
FRANK B. WILENSKY
H. WILLIAM COHEN
RICHARD P. KESSLER, JR.
NEIL C. GORDON
SUSAN L. HOWICK
M. TODD WESTFALL
JAMES R. SACCA
DAVID B. KURZWEIL
SHAYNA M. STEINFELD
ROBERT A WINTER
PAMELA G. HILL
RACHEL A. SNIDER
BARBARA ELLIS-MONRO
RICHARD C. LITWIN
RONALD A. WEINER

FACSIMILE 404-681-4355

404-584-1200

SHELDON R. WITTNER
(1943-1988)

5784 LAKE FORREST DRIVE
SUITE 214
ATLANTA, GEORGIA 30328

December 26, 1995

Mr. Reed Galin
CBS Network News
7800 Beverly Boulevard
Los Angeles, CA 90036

Dear Reed:

Ramus called and told me that "Ice Storm" ended up at the Coe Kerr Galleries. He said the transaction was very complicated and one of the paintings in the deal wound up in Texas.

Best wishes for a Happy Holiday Season.

Sincerely,

Morris W. Macey

nds

*For further information, phone Ramos at 364-0283*