# Exhibit N

B 250A
(1/88)

# United States Bankruptcy Court

NORTHERN ____ District of ____ GEORGIA

In re

David S. Ramus      **Debtor**

Harry W. Pettigrew, in his Office and
Capacity as Trustee in Bankruptcy for   **Plaintiff**
the Estate of David S. Ramus

Adelson Gallery; See additional    **Defendant**
Defendants on Exhibit "A" attached
hereto and incorporated herein

Bankruptcy Case No. A94-77777-JEM

Adversary Proceeding No.

**97-6591**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | Clerk, U.S. Bankruptcy Court<br>1340 Richard Russell Bldg.<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Harry W. Pettigrew, Esq.<br>100 Peachtree Street<br>Suite 1450, Equitable Bldg.<br>Atlanta, Georgia 30303 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*W. Yvonne Evans*
_____
*Clerk of the Bankruptcy Court*

OCT 14 1997
*Date*

By: _____
*Deputy Clerk*

# CERTIFICATE OF SERVICE

I, __David R. Trippe__, certify that I am, and at all times during the service
(name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __October 14, 1997__ by:
(date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
See addressees on Exhibit "B" attached hereto and incorporated herein

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
(name of state)
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/14/97__                                      __David R. Trippe__
Date                                              Signature

| Print Name |
|---|
| David R. Trippe |
| Business Address |
| 100 Peachtree Street, Suite 1450 |

| City | State | Zip |
|---|---|---|
| Atlanta | Georgia | 30303 |

## ADDITIONAL DEFENDANTS

American Express Travel;

Anderson, Kill, Olick & Oshinsky;

William Anderson;

Burton & Anderson;

California State Teachers Retirement System;

John Cobabe;

Thomas G. Cousins;

Davis Matthews Quigley;

Devant Crissey Conservation Studio;

Dicksons, Inc.;

Neil Dinerman;

Lamar Dodd;

Duggan & Massey, P.C.;

David Findley, Esq.;

State of Georgia, Department of Revenue;

State of Georgia, Department of Labor;

Alex Glover;

Judy Carlisle Holdroyd;

Hearst Corporation;

Hendrick Associates, Inc.;

Mary Beth Hebert;

Constance Kaufman;

Dr. Elizabeth King;

Lamberth, Bonapfel, Cifelli, Willson & Stokes, P.A.;

(Defendants continued on next page)

**EXHIBIT "A"**

**Page 1 of 2**

## DEFENDANTS CONTINUED FROM PRIOR PAGE

P. Joseph McGee;

Olin Mills;

K. Mowbray;

Lewis Regenstein, Estate of;

John T. Ruff;

Michael W. Rushing;

Stern & Edlin, P.C.;

Dr. Charles Stewart;

George Stern;

United States of America;

Vanstar Corporation;

Vault Company;

Vigilant Insurance Co;

Vojtech Blau, Inc.;

Noel Wadsworth;

Scott Probasco, Jr.;

Llewellyn Boyd;

Kermit Birchfield;

Corbit Hankey;

Don Sentell;

Nathan Lipson;

Reed Galin;

Jean-Pierre Guillaume;

The Peters Corporation; and

Elizabeth Davenport

# ADDRESSEES OF SERVICE BY U.S. Mail

Adelson Gallery

>	Adelson Gallery
>	c/o Warren Addison
>	The Mark Hotel
>	25 East 77th St., 3rd Floor
>	New York, N.Y. 10021
>
>	Adelson Gallery
>	c/o Stanley Cygelman, Esq.
>	Attn: Kassler & Feuer, P.C.
>	101 Arch Street
>	Boston, MA 02110

---

American Express Travel

>	American Express Travel
>	Reg. Agent, C.T. Corp. System
>	1201 Peachtree St., NE
>	Atlanta, GA 30361

---

Anderson, Kill, Olick & Oshinsky

>	Anderson, Kill, Olick & Oshinsky
>	Thomas Murphy, Executive Director
>	1251 Avenue of the Americas
>	New York, New York 10020
>
>	Anderson, Kill, Olick & Oshinsky
>	666 3rd Avenue
>	New York, New York 10017

---

William Anderson

>	William Anderson
>	807 E. Morton Drive
>	Dalton, Georgia 30720

**EXHIBIT "B"**

Page 1 of 12