FAX通信　発信日 20/5年 5月 /8日　No. /



クリスティーズ　青木　様

発信元
濱田 逗子

件名 ワイエスの件　　本書を含め / 枚送信いたします

---

委託　受託　請求書　　2013年12月15日

篠田美術

〒104-0061 東京都中央区銀座7-5-12 鹿平ビル
TEL.03-3572-3680　FAX.03-3572-3681

濱田　様

| | 作家名 | 作品名 | 金額 | 備考 |
|---|---|---|---|---|
| 1 | A.ワイエス | 図録二冊 | ¥68,000,000 | 税込 |
| 2 | | ・東京国立近美展 | | |
| 3 | | ・A.ワイエス画集 | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| | | 合計 | ¥68,000,000 | |

Fax correspondence  Date sent: May 18th, 2015   No. 1

To: Mr./Ms. Aoki of Christie's

From: Zushi (illegible) Hamada

Re: A. Wyeth  Sending 1 page(s) including this page.

## Consignment, Entrustment, Invoice

December 15, 2013
**Shinoda Bijutsu**
Fujihira Building
7-5-12 Ginza
To: Mr./Ms. Hamada  Chuo-ku, Tokyo 104-0061
Tel: 03-3572-3880 Fax: (illegible)
*official stamp

|   | Artist name | Name of art piece | Price | Remarks |
|---|---|---|---|---|
| 1 | A. Wyeth | 2 Illustrated books | 68,000,000 yen | |
| 2 | | • National Museum of Modern Art Exhibit | | Tax included |
| 3 | | • A. Wyeth Art Collection Book | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| | | Total | 68,000,000 yen | |



# CERTIFICATE OF ACCURACY

STATE of New York)     §:

County of New York)


Miho Narod, being duly sworn, deposes and says that Mayumi Honda is a translator associated with CP Language Institute Inc., 1790 Broadway, Suite 801, New York, NY 10019, who is fluent in the English and Japanese languages and she translated the attached document relating to:


*Invoice of Shinoda Bijutsu*


from the Japanese language into the English language. It is a true and correct translation of the original, to the best of her knowledge and belief.


_____

Sworn before me this September 21, 2015

ANGEL S. WONG
Notary Public, State of New York
No. 01WO6205065
Qualified in New York County
Commission Expires May 4, 2017

Translation · Interpretation · Recording Studios · Video Production
1790 Broadway   Suite 801   New York   NY   10019   Tel 212 246 2054   Fax 212 247 2258   www.cpli.com