

Nº 4243

November 20, 1989

COE KERR GALLERY INC. 49 EAST 82ND STREET, NEW YORK CITY 10028 TELEPHONE (212) 628-1340

SOLD TO: David Ramus Fine Art
3685 Peachtree Road, N.E., #20, Atlanta, Georgia 30319

FRANK W. BENSON
Children in the Woods
Oil on canvas
40 x 40½ inches

Price:   $ 450,000.00
PLUS
ANDREW WYETH,
Ice Storm
Drybrush
29 x 21 inches

Payable: $100,000-1/7/90, $100,000-2/7/90, $100,000-3/7/90, $100,000-4/7/90, $50,000-5/7/90, Plus Ice Storm, by Andrew Wyeth.

Title to this work passes to owner upon payment in full to the Coe Kerr Gallery, Inc.

# CKG

KERR GALLERY INC 49 EAST 82ND STREET, NEW YORK CITY 10028 TELEPHONE (212) 628-1340

N⁰ 4243

November 20, 1989

SOLD TO: David Ramus Fine Art

3685 Peachtree Road, N.E., #20, Atlanta, Georgia 30319

FRANK W. BENSON
Children in the Woods
Oil on canvas
40 x 40½ inches

Price: $ 450,000.00

PLUS

ANDREW WYETH,
Ice Storm
Drybrush
29 x 21 inches

Payable: $100,000-1/7/90, $100,000-2/7/90, $100,000-3/7/90, $100,000-4/7/90, $50,000-5/7/90, Plus Ice Storm, by Andrew Wyeth.

wire 3.7.90
wire 2.7.90
+ 1400 interest

Title to this work passes to owner upon payment in full to the Coe Kerr Gallery, Inc.



Nº  4243

November 20, 1989

COE KERR GALLERY INC. 49 EAST 82ND STREET, NEW YORK CITY 10028 TELEPHONE (212) 628-1340

SOLD TO  David Ramus Fine Art

3685 Peachtree Road, N.E., #20, Atlanta, Georgia 30319

FRANK W. BENSON
Children in the Woods
Oil on canvas
40 x 40½ inches

Price:   $ 450,000.00

PLUS

ANDREW WYETH,
Ice Storm
Drybrush
29 x 21 inches

Payable: $100,000-1/7/90, $100,000-2/7/90, $100,000-3/7/90, $100,000-4/7/90, $50,000-5/7/90, Plus Ice Storm, by Andrew Wyeth.

Title to this work passes to owner upon payment in full to the Coe Kerr Gallery, Inc.

# WIRE TRANSFER CUSTOMER AUTHORIZATION

**INSTRUCTIONS**
1. Customer must be a Trust Company Bank depositor.
2. Customer must be an authorized signer on the account to authorize the transfer.
3. Place an audio hold on funds and advise customer of the fee.
4. Call Wire Transfer immediately and give the wiring instructions.
5. File the copy (yellow) of this form in a Wire Transfer file at the branch where the wire is requested.
6. Send the original (white) to the branch where the account is assigned. It should be attached to the new account sheet.
7. All wires are subject to a 3:00 p.m. deadline.

DATE: 3/7/90
TIME: 12:35
SEQUENCE NUMBER:

CHECK ONE:
☐ Wire Transfer Department should debit wire (plus fee on personal account) to account shown above.
OR
☐ Collect cash or check (collect wire amount and fee. See BOP 200-2 for instructions, if you have to accept payment this way).

PROVIDE THE FOLLOWING INFORMATION TO THE WIRE TRANSFER OPERATOR:
- Your name and the branch you are representing, and the time of hold
- Personal Identification Number (PIN #)
- Repetitive Code (if applicable) _____
- The account number which is to be charged for the wire transfer
- The amount of the outgoing wire transfer
- The receiving bank's name, city/state, or TCB account to be credited
- The account number and name of the beneficiary
- Any additional information pertaining to the wire transfer

ACCOUNT TITLE: David S Ramus Ltd
ACCOUNT NUMBER: 8805744859
AMOUNT: $ 201,400
FOR TRANSFER TO: (BANK, CITY, STATE) Chemical Bank 1411 Broadway, New York, NY 10018 (Rt.# 1-12- ABA 021-000-128)
FOR ACCOUNT OF: (FULL NAME OF ACCOUNT) Coe Kerr Gallery, Inc. 010-004998
OTHER INSTRUCTIONS:

CUSTOMER AUTHORIZATION: (SIGNATURE OF PERSON AUTHORIZED TO WITHDRAW) [signature]
CUSTOMER TELEPHONE NUMBER: 261-0094
TITLE (IF COMMERCIAL ACCOUNT):

**THIS SECTION MUST BE COMPLETED BY BRANCH CALLING WIRE TRANSFER DEPARTMENT**

BRANCH: Buckhead
PREPARER: [signature]
APPROVED BY: (SIGNATURE—MUST BE AUTHORIZED TO APPROVE THE AMOUNT)
DATE OF HOLD:
TIME OF HOLD:
TIME CALLED TO WIRE TRANSFER DEPARTMENT
TIME:         NAME:
TIME WIRE TRANSFER DEPARTMENT CALLED BACK TO CONFIRM AMOUNT AND INSTRUCTIONS (IF APPLICABLE)

MONEY TRANSFER CUSTOMER ADVICE                                                PAGE    1

TRUST COMPANY BANK
WIRE TRANSFER DEPARTMENT-9TH FLOOR
250 PIEDMONT AVENUE
ATLANTA, GEORGIA 30302

                                                        STATEMENT DATE 05/09/90

          DAVID S RAMUS LTD                             IF THERE ARE ANY QUESTIONS
          8 PIEDMONT CENTER SUITE 602                   REGARDING THIS STATEMENT-
          ATLANTA GA 30305
                                                        CONTACT-INVESTIGATIONS
                                                        DOMESTIC         (404) 588-7076
                                                        INTERNATIONAL (404) 588-7694

TRANSACTION DATE 05/09/90   ACCOUNT 8800744859   REFERENCE              AMOUNT
                                                 NUMBER              TRANSFERRED

WE DEBIT YOUR ACCOUNT                             900509000789       $100,000.00
CHEMICAL NYC       /CTR/BBK=1411 BROADWAY NYC NY/FW-021000128/PHN BNF=COE KERR
    GALLERY INC./AC-010-004998 BBI=SEQ-900509000789

                                     TOTAL DEBITS      1             $100,000.00
                                     TOTAL CREDITS     0                   $0.00

```
                    MONEY TRANSFER CUSTOMER ADVICE                    PAGE   1


TRUST COMPANY BANK
WIRE TRANSFER DEPARTMENT-9TH FLOOR
250 PIEDMONT AVENUE
ATLANTA, GEORGIA 30302

                                              STATEMENT DATE 04/03/90

         DAVID S RAMUS LTD                    IF THERE ARE ANY QUESTIONS
         3685 PEACHTREE RD APT 20             REGARDING THIS STATEMENT-
         ATLANTA GA 30319
                                              CONTACT-INVESTIGATIONS
                                              DOMESTIC        (404) 588-7076
                                              INTERNATIONAL  (404) 588-7694


                                                                    AMOUNT
TRANSACTION DATE 04/03/90   ACCOUNT 8840125846   REFERENCE       TRANSFERRED
                                                 NUMBER

WE DEBIT YOUR ACCOUNT                            900403000509      $50,000.00
CHEMICAL NYC      /CTR/BBK=/FW-021000128/PHN BNF=COE CARR GALLERY INC   /AC-0
10-004998 BBI=SEQ-900403000509

WIRE HANDLING SERVICE CHARGE                     900403000509          $12.00

                                    TOTAL DEBITS       2           $50,012.00
                                    TOTAL CREDITS      0                $0.00
```

**DAVID S. RAMUS LTD.**
PHONE 404-244-0066
EIGHT PIEDMONT CENTER   SUITE 602
ATLANTA, GA 30305

5095

64-10/610

11.5  19 90

PAY TO THE ORDER OF  Coe Kerr Galleries   $ 10,000 00

Ten thousand    DOLLARS

Trust Company Bank
P.O. Box 4418
Atlanta, Georgia 30302

FOR on acct

⑈005095⑈ ⑆061000104⑆ 8800744859⑈   ⑈0001000000⑈

For deposit only
Coe Kerr Galleries

# DAVID·RAMUS·FINE·ART

NEW YORK         ATLANTA

ACQUISITION
(November 20, 1989)

FRANK WESTON BENSON, **Children in the Woods**

    $450,000.00   cash payment to Coe Kerr Gallery*
    338,395.93   ANDREW WYETH, **Ice Storm**, in trade
     30,986.22   additional charges to BENSON (see attached invoices)
    ----------
    $819,382.15   Total Cost

*$90,000 remains due to Coe Kerr Gallery as of Feb. 1, 1991


SALE
(November 1, 1990)

To Ron Hall Galleries, Dallas, Texas

    $300,000.00   Cash wired into DSR Ltd. TCMM account
    + Painting valuing a minimum of $100,000 at cost- this amount still remains in Acct's Receivable.

BY APPOINTMENT
NEW YORK 212 980-0015   FAX 212 838-5847
ATLANTA 404 266-0044   FAX 404 266-9652

502 PARK AVENUE, #12B
NEW YORK, NEW YORK 10022

EIGHT PIEDMONT CENTER, SUITE 602
ATLANTA, GEORGIA 30305

DAVID S. RAMUS, LTD. D/B/A
# DAVID·RAMUS·FINE·ART

## INVOICE

November 1, 1990

Mr. Ron Hall
Ron Hall Galleries
The Crescent
2200 Cedar Springs, Suite 175
Dallas, TX  75201

*[handwritten: as of 3.13.92, DSR accepts the H. Matisse drawing in lieu of final pmt of $5,000 due fm Ron Hall. Pl. see invoice to N. Wadsworth for matisse]*

Invoice for the purchase of:

**FRANK WESTON BENSON**
American    1862-1951

**Children in the Woods**
Oil on canvas, 1898
40 x 40 1/2 inches
Signed at lower left: "Frank W

**Provenance:**
The Artist, Boston, to
Smith College, Northampton, Massachusetts, 1905
Private collection, Pittsburgh, 1942
Schwietzer Gallery, New York
Hunter Museum of Art, Chattanooga, 1971
Terry De Lapp Gallery, Los Angeles, ca.1978
Coe-Kerr Gallery, New York
Private collection, Los Angeles
**Exhibition:**
"Sixty-eighth Annual Exhibition," Pennsylvania Academy of the Fine Arts, Philadelphia, January 16-February 25, 1899, No. 38, p. 12.
"Sixth Annual Exhibition of American Art in the Art Museum," Cincinnati Art Museum, May 20-July 10, 1899, No. 11, p. 5; illustrated (n.p.).
"The Ten American Painters" (Second Exhibition), Durand-Ruel Gallery, New York, 1899
"Sixteenth Annual Exhibition," St. Louis Exhibition and Music Hall Association, 1899

(continued)

Terms: Payable upon receipt of this invoice unless otherwise specified.

Title of the above listed work(s) of art shall remain the property of David Ramus Fine Art until payment has been received in full.

EIGHT PIEDMONT CENTER, SUITE 602, ATLANTA, GEORGIA 30305
404 266-0044  FAX 404 266-9652

Page 2.

"Paintings by Frank W. Benson," St. Botolph Club, Boston, 1900
"Fine Arts Exhibit, United States Commission," Exposition Universelle, Paris, 1900
"Exhibition of a Loan Collection of Fair Children," Copley Society, Boston, 1901
"Frank W. Benson, The Impressionist Years," Spanierman Gallery, New York, May 11-June 11, 1988, No. 1, p. 19, 35, 40-1, 43, 48-9, illustrated.
Literature:
Faith Andrews Bedford. "Frank W. Benson: A Biography," Frank W. Benson: A Retrospective. New York: Berry-Hill Galleries, Inc., 1989, p. 47-9, illustrated; 58
Sheila Dugan. "Frank W. Benson," Ten American Painters. New York: Spanierman Gallery, 1990, pp. 83-4, illustrated.
William H. Gerdts. "The Ten: A Critical Chronology," Ten American Painters. New York: Spanierman Gallery, 1990, p. 17.

-----------------------------------------------------------

Total amount due:   $300,000 to be wired to DSR, Ltd. acct. listed below; plus

a suitable painting worth, at cost, $100,000 minimum.

Respectfully submitted,


David S. Ramus
President

Page 3.

Wiring Instructions:

```
Bank name:      Trust Company Bank
Bank address:   3020 Peachtree Road, Atlanta, GA 30305
Bank Routing #: 061 000 104
Acct. name:     David S. Ramus, Ltd
Acct. number:   8840125846
```

DAVID S. RAMUS, LTD. D/B/A
# DAVID ▪ RAMUS ▪ FINE ▪ ART

## INVOICE

October 23, 1990

Mr. Ron Hall
Ron Hall Galleries
The Crescent
2200 Cedar Springs, Suite 175
Dallas, TX  75201


Invoice for the purchase of:

**FRANK WESTON BENSON**
American    1862-1951

**Children in the Woods**
Oil on canvas, 1898
40 x 40 1/2 inches
Signed at lower left: "Frank W Benson"

**Provenance:**
The Artist, Boston, to
Smith College, Northampton, Massachusetts, 1905
Private collection, Pittsburgh, 1942
Schwietzer Gallery, New York
Hunter Museum of Art, Chattanooga, 1971
Terry De Lapp Gallery, Los Angeles, ca.1978
Coe-Kerr Gallery, New York
Private collection, Los Angeles
**Exhibition:**
"Sixty-eighth Annual Exhibition," Pennsylvania Academy of the Fine Arts, Philadelphia, January 16-February 25, 1899, No. 38, p. 12.
"Sixth Annual Exhibition of American Art in the Art Museum," Cincinnati Art Museum, May 20-July 10, 1899, No. 11, p. 5; illustrated (n.p.).
"The Ten American Painters" (Second Exhibition), Durand-Ruel Gallery, New York, 1899
"Sixteenth Annual Exhibition," St. Louis Exhibition and Music Hall Association, 1899

(continued)

Terms: Payable upon receipt of this invoice unless otherwise specified.

Title of the above listed work(s) of art shall remain the property of David Ramus Fine Art until payment has been received in full.

EIGHT PIEDMONT CENTER, SUITE 602, ATLANTA, GEORGIA 30305
404 266-0044   FAX 404 266-9652

"Paintings by Frank W. Benson," St. Botolph Club, Boston, 1900
"Fine Arts Exhibit, United States Commission," Exposition Universelle, Paris, 1900
"Exhibition of a Loan Collection of Fair Children," Copley Society, Boston, 1901
"Frank W. Benson, The Impressionist Years," Spanierman Gallery, New York, May 11-June 11, 1988, No. 1, p. 19, 35, 40-1, 43, 48-9, illustrated.
**Literature:**
Faith Andrews Bedford. "Frank W. Benson: A Biography," Frank W. Benson: A Retrospective. New York: Berry-Hill Galleries, Inc., 1989, p. 47-9, illustrated; 58
Sheila Dugan. "Frank W. Benson," Ten American Painters. New York: Spanierman Gallery, 1990, pp. 83-4, illustrated.
William H. Gerdts. "The Ten: A Critical Chronology," Ten American Painters. New York: Spanierman Gallery, 1990, p. 17.

----------------------------------------------------------------

David S. Ramus, Ltd. is to be wired $300,000. no later than November 2, 1990 (wiring instructions enclosed); plus the following painting::

   *Charles W. Hawthorne
    **By The Sea**
    Oil on canvas
    50 1/2" x 36"
    Signed Lower Left:  C.W. Hawthorne

In addition, David S. Ramus, Ltd. will pay to Ron Hall Galleries, in sixty (60) days, either $50,000. or a suitable painting from our inventory.

Respectfully submitted,

David S. Ramus
President

(continued)

*It is understood that this transaction is based upon the Hawthorne's condition and is subject to an inspection of the Hawthorne by David S. Ramus, Ltd.

Wiring Instructions:

Bank name:       Trust Company Bank
Bank address:    3020 Peachtree Road, Atlanta, GA 30305
Bank Routing #:  061 000 104
Acct. name:      David S. Ramus, Ltd
Acct. number:    8840125846

```
                    MONEY TRANSFER CUSTOMER ADVICE                      PAGE    1


TRUST COMPANY BANK
WIRE TRANSFER DEPARTMENT-9TH FLOOR
250 PIEDMONT AVENUE
ATLANTA, GEORGIA 30302

                                                STATEMENT DATE 11/02/90

        DAVID S RAMUS LTD                      IF THERE ARE ANY QUESTIONS
        SUITE 602                              REGARDING THIS STATEMENT-
        EIGHT PIEDMONT CENTER
        ATLANTA GA 30305                       CONTACT-INVESTIGATIONS
                                               DOMESTIC        (404) 588-7078
                                               INTERNATIONAL  (404) 588-7694


TRANSACTION DATE 11/02/90   ACCOUNT 8840125846   REFERENCE              AMOUNT
                                                 NUMBER             TRANSFERRED

WE CREDIT YOUR ACCOUNT                           901102001839       $300,000.00
111007073   REUNION DALLAS    /ORG=HALL GALLERIES   TRUST ATL          /CTR/BN
F=DAVID S. RAMUS LTD./AC=8840125846

WIRE HANDLING SERVICE CHARGE                     901102001839            $12.00

                                  TOTAL DEBITS      1                    $12.00
                                  TOTAL CREDITS     1               $300,000.00
```

# DAVID·RAMUS·FINE·ART

NEW YORK        ATLANTA

February 17, 1992

Mr. Ron Hall
Ron Hall Galleries
The Crescent
2200 Cedar Springs
Suite 175
Dallas, TX  75201

**STATEMENT FOR ACCOUNT**

Balance due on invoice dated 11/1/90 for the purchase of:

Frank W. Benson
"Children in the Woods"
Oil on canvas, 1898

$85,000.00

Respectfully submitted,

*[signature]*

Charlene James
Director

CSJ/msf

*Faxed 2/17/92*

BY APPOINTMENT
NEW YORK 212 980-0015  FAX 212 838-5847
ATLANTA 404 266-0044  FAX 404 266-9652

502 PARK AVENUE, #12B
NEW YORK, NEW YORK 10022

EIGHT PIEDMONT CENTER, SUITE 515
ATLANTA, GEORGIA 30305